UNITED STATES of America ex rel. Giuseppe ESPOSITO, Next Friend of Giovanni Esposito, Relator-Appellant, v. Edward CORSI, Commissioner of Immigration, Respondent-Appellee.

No. 355.

Circuit Court of Appeals, Second Circuit.

March 20, 1933.

Frank R. Galgano, of New York City (James C. Thomas, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (William Jay Hoff, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

---

UNITED STATES GYPSUM COMPANY v. C. Kenneth SWAYZE.

No. 6110.

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1933.

Jones, Addington, Ames & Seibold, of Chicago, Ill., for appellant.

Carton, Gault & Parker, of Flint, for appellee.

PER CURIAM.

Decree of District Court affirmed.

---

UTILITIES HOLDING CORPORATION, Appellant, v. CITY OF OSCEOLA, IOWA, et al., Appellees.

No. 9688.

Circuit Court of Appeals, Eighth Circuit.

March 18, 1933.

John N. Hughes, of Des Moines, Iowa (Donnelly, Lynch, Anderson & Lynch, of Cedar Rapids, Iowa, and Hughes, O'Brien & Faville, of Des Moines, Iowa, on the brief), for appellant.

O. M. Slaymaker, of Osceola, Iowa (R. E. Killmar, of Osceola, Iowa, on the brief), for appellees.

Before KENYON, and SANBORN, Circuit Judges, and REEVES, District Judge.

PER CURIAM.

This is an appeal from an interlocutory decree of the District Court overruling an application of appellant, Utilities Holding Corporation, for a temporary injunction against appellees to restrain them from proceeding in a certain alleged action pending in the state court which attacks appellant's telephone rates and franchises in the city of Osceola, Iowa. We are satisfied the trial court committed no error in its ruling, and its order and decree is affirmed.